UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NORMAN OLSEN, | ) Case No. EDCV 15-2014 JFW(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DANIEL STONE, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 13, 2015

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE